UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ALVAREZ,<br><br>                              Plaintiff,<br><br>v.<br><br>WALMART STORE INC., et al.,<br><br>                              Defendants. | Case No.: 23cv1519-W(LR)<br><br>**AMENDED ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

On August 22, 2023, Judge William V. Gallo issued an order setting a video Early Neutral Evaluation Conference and Case Management Conference in this case for October 23, 2022, at 2:00 p.m.  (ECF No. 3.)  On October 17, 2023, the case was transferred from the calendar of Judge William V. Gallo to the calendar of Judge Jill L. Burkhardt.  (ECF No. 7.)  On October 18, 2023, the case was transferred from the calendar of Judge Jill L. Burkhardt to the calendar of Judge Lupe Rodriguez, Jr.  (ECF No. 8.)

In light of the case's reassignment, the Court issues the following Amended Order for Early Neutral Evaluation Conference and Case Management Conference:

/ / /

/ / /

The video Early Neutral Evaluation ("ENE") Conference and Case Management Conference currently scheduled for October 23, 2023, at 2:00 p.m. are **RESET** for **November 2, 2023**, at **9:30 a.m.**  All discussions at the ENE Conference will be informal, off the record, privileged, and confidential.  Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.  The following rules and deadlines apply:

    **1.  Appearance via Videoconference Required**:  All named parties (including those who are indemnified by others), party representatives, including claims adjusters for insured defendants, as well as the principal attorney(s) responsible for the litigation, must participate in the video conference, and be legally and factually prepared to discuss and resolve the case.  Counsel appearing without their clients will be cause for immediate imposition of sanctions and may also result in the immediate termination of the conference.

    **2.  Full Settlement Authority Required**:  A party or party representative with full settlement authority[1] must be present at the conference.  A person who needs to call another person who is not present on the videoconference before agreeing to any settlement does not have full settlement authority.  Retained outside corporate counsel shall not appear on behalf of a corporation as the party representative who has the authority to negotiate and enter into a settlement.  Counsel for a government entity is excused from this requirement if the government counsel who participates in the ENE (1) has primary responsibility for handling the case, and (2) may negotiate settlement offers that the attorney is willing to recommend to the government official having ultimate settlement authority.

---

[1] "Full settlement authority" means that a person is authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties.  <u>Heileman Brewing Co. v. Joseph Oat Corp.</u>, 871 F.2d 648, 653 (7th Cir. 1989).  The person needs to have "unfettered discretion and authority" to change the settlement position of a party.  <u>Pitman v. Brinker Int'l, Inc.</u>, 216 F.R.D. 481, 485–86 (D. Ariz. 2003).  Limited or a sum certain authority is not adequate.  See <u>Nick v. Morgan's Foods, Inc.</u>, 270 F.3d 590, 595–97 (8th Cir. 2001).

**3. Confidential ENE Statements Required**: No later than **October 26, 2023**, the parties shall submit directly to Magistrate Judge Rodriguez's chambers (via hand delivery or by e-mail to the Court at efile_rodriguez@casd.uscourts.gov), confidential settlement statements. The ENE statement is limited to **five (5) pages or less, and up to five (5) pages of exhibits or declarations.** Each party's ENE statement must outline: (1) the nature of the case and the claims, (2) position on liability or defense, (3) position regarding settlement of the case with a **specific demand/offer for settlement**, and (4) any previous settlement negotiations or mediation efforts.

If a specific demand or offer cannot be made at the time the ENE statement is submitted, then the reasons as to why a demand or offer cannot be made must be stated. Further, the party must explain when they will be able to state a demand or offer. **General statements such as a party will "negotiate in good faith" is not a specific demand or offer.** The ENE statement should be submitted confidentially and need not be shared with other parties.

**4.** The Court will use its official Zoom video conferencing account to hold the ENE. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app. Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the ENE.[2] There is a cost-free option for creating a Zoom account.

/ / /

/ / /

---

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

**5.** Prior to the start of the ENE, the Court will e-mail each ENE participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the ENE begins.

**6.** Each participant should plan to join the Zoom video conference **at least ten minutes before** the start of the ENE to ensure that the ENE begins promptly at **9:30 a.m. The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.**

**7.** Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE. That is, the Court will begin the ENE with all participants joined together in a main session. After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

**8.** All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646.

**8. New Parties Must be Notified by Plaintiff or Plaintiff's Counsel**: Plaintiff's counsel shall give notice of the ENE to parties responding to the complaint after the date of this notice.

**9. Case Management Conference**: If the case does not settle at the ENE, the Court will conduct a Case Management Conference **immediately after the ENE**.

**IT IS SO ORDERED**.

Dated:  October 20, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge